UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**EARL R. CHARBONNEAU,**

                CASE NO. 07-14220

         **Plaintiff(s),**

                **DENISE PAGE HOOD**
    vs.                 **UNITED STATES DISTRICT JUDGE**

**MARY JANE M. ELLIOTT, P.C.,**

         **Defendant(s).**
_____/

### ORDER OF DISMISSAL

Pursuant to Local Rule 41.1, this court has been advised by counsel for the parties that the above entitled action has been settled,

Accordingly, the above-entitled action is dismissed without prejudice and without costs. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                S/Denise Page Hood
                Denise Page Hood
                United States District Judge

Dated:  June 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 30, 2009, by electronic and/or ordinary mail.

                S/William F. Lewis
                Case Manager